# UNITED STATES DISTRICT COURT FOR THE MIDDLE

# DISTRICT OF FLORIDA - TAMPA DIVISION

| | |
|---|---|
| Robert Iannucci Perez<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);<br>in his or her official capacity;<br><br>DEPARTMENT OF HOMELAND SECURITY (DHS);<br><br>SECRETARY, DEPARTMENT OF HOMELAND SECURITY (DHS);<br>in his or her official capacity;<br><br>DIRECTOR, USCIS CALIFORNIA SERVICE CENTER (DHS),<br>in his or her official capacity;<br><br>Defendants. | Case No: 8:26-cv-392-KKM-AAS |

# JOINT MOTION TO HOLD AMENDED MOTION FOR PRELIMINARY INJUNCTION IN ABEYANCE AND SET AMENDED BRIEFING SCHEDULE

1. Plaintiff Robert Iannucci Perez, proceeding Pro Se, and

Defendants, by and through undersigned counsel, respectfully move the

1

Court for entry of a limited scheduling order temporarily holding Plaintiff's Amended Motion for Preliminary Injunction in abeyance for a brief period to allow the agency an opportunity to review and possibly adjudicate Plaintiff's pending Form I-290B, while providing a short additional period accommodating Defendants' response obligations to the Motion and maintaining the urgency of the requested relief. If accepted, this motion proposes establishing a defined briefing schedule should adjudication not occur within that period. Plaintiff and Defendants are working to resolve this amicably and efficiently.

2.      Plaintiff agrees to this limited abeyance in the interest of judicial economy and potential administrative resolution, while preserving the urgency of the Motion and the Court's ability to promptly resolve it should adjudication not occur. The proposed schedule allows a brief opportunity for agency adjudication that may expedite resolution of the matter while facilitating Defendants' response obligations without materially delaying Plaintiff's request for relief.

3.      Accordingly, the parties propose the following carefully structured schedule:

2

**Proposed Schedule:**

4.      Plaintiff's Motion for Preliminary Injunction shall be held in abeyance until **March 20, 2026.**

5.      If USCIS adjudicates Plaintiff's Form I-290B on or before **March 20, 2026**, Defendants shall file, **within three (3) days**, a Notice attaching an appropriately redacted copy of the written decision issued to Plaintiff by the agency resolving the Form I-290B and stating the resulting disposition of the underlying petition.

6.      If no notice of adjudication is filed as required by the paragraph above by **March 23, 2026,** Defendants shall file their response to Amended Plaintiff's Motion for Preliminary Injunction (Doc. 10) **no later than March 24, 2026**.

**7.**      Plaintiff may file a reply in support of the Motion for Preliminary Injunction no later than **March 27, 2026.**

8.      The parties shall file, no later than **March 30, 2026**, a joint notice not to exceed three pages, stating whether they request an evidentiary hearing or oral argument on the Motion for an Amended Preliminary Injunction (Doc. 10).

9.      The Motion for Preliminary Injunction shall remain pending before the Court. Absent extraordinary circumstances, the deadlines set forth

3

above shall not be changed unless the Court determines that modification is necessary. If adjudication does not occur and Defendants do not timely respond under the schedule above, the Court may resolve the Motion on the existing record without further briefing or hearing.

10.   Adjudication of the Form I-290B may inform the need for further proceedings in this action. Nothing in this motion alters the scope of Plaintiff's complaint at this time, or the need for this action to remain active. The parties may take such further action as may be appropriate following that adjudication.

11.   For purposes of service under Federal Rule of Civil Procedure 5, the parties consent to service of filings and papers in this action via electronic mail at the email addresses listed in the signature blocks below.

12.   WHEREFORE, the parties respectfully request that the Court enter the proposed scheduling order described above.

Respectfully submitted,

**/s/ Robert Iannucci Perez**
**Robert Iannucci Perez, Pro Se**
10920 N 29th St
Tampa, FL 33612
(754) 317-0643
robert@mazecs.net
Date: March 6, 2026

Agreed:

**GREGORY W. KEHOE**
United States Attorney

**By:      s/ John F. Rudy, III**
**JOHN F. RUDY, III**
Assistant United States Attorney
Florida Bar No. 0136700
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile:  (813) 274-6200
John.rudy@usdoj.gov
**Lead Attorney**

**Certificate of Service**

I hereby certify that on March 6, 2026, a true and correct copy of the foregoing Joint Motion was served on counsel for Defendants via electronic mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).