**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT IANNUCCI PEREZ,

      Plaintiffs,

v.                                                                    Case No. 8:26-cv-0392-KKM-AAS

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS), et al.

      Defendants.

_____

**<u>ORDER</u>**

The Parties jointly filed a motion to hold Plaintiff's Amended Motion for a Preliminary Injunction, (Doc. 10), in abeyance, and to set a modified briefing schedule, (Doc. 26). Accordingly, the following is **ORDERED:**

1.     The Order Setting Deadlines for Motion for Preliminary Injunction (Doc. 12) is **VACATED**.

2.     Plaintiff's Amended Motion for Preliminary Injunction (Doc. 10) is **HELD IN ABEYANCE** until **March 20, 2026**.

3.     If USCIS adjudicates Plaintiff's Form I-290B on or before **March 20, 2026**, Defendants must file, within **three (3) days**, a Notice

attaching an appropriately redacted copy of the written decision issued to Plaintiff by the agency resolving the Form I-290B and stating the resulting disposition of the underlying petition.

4.  If no notice of adjudication is filed as required by the paragraph above by **March 23, 2026**, Defendants must file their response to Amended Plaintiff's Motion for Preliminary Injunction (Doc. 10) no later than **March 24, 2026.**

5.  Plaintiff may file a reply in support of the Amended Motion for Preliminary Injunction no later than **March 27, 2026**.

6.  The parties must file, no later than **March 30, 2026**, a joint notice not to exceed three pages, stating whether they request an evidentiary hearing or oral argument on the Motion for an Amended Preliminary Injunction (Doc. 10).

7.  The Court permits service of filings and papers in this action via electronic mail.

8.  All parties are directed to strictly comply with the procedures set forth in Middle District of Florida Local Rule 6.02.

**ORDERED** in Tampa, Florida, on March 7, 2026.

Kathryn Kimball Mizelle
United States District Judge