UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | | |
|---|---|---|
| Robert Iannucci Perez | ) | No. 8:26-cv-392 |
| | ) | |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | JENNIE DE VERA |
| v. | ) | |
| | ) | |
| United States Citizenship and | ) | |
| Immigration Services, et. al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

I, Jennie De Vera, declare under penalty of perjury as follows:

1.     I am employed as a Section Chief in the Business and Employment Services Team (BEST) Portfolio with Service Center Operations, United States Citizenship and Immigration Services ("USCIS"). I have served in this position since November 2017.

2.     As a Section Chief, I have access to the official files and records of USCIS. I have reviewed documents relating to the filing of the Form I-290B Notice of Appeal or Motion that is the subject of this complaint. The Form I-290B receipt number is IOE0934863517.  Unless otherwise stated, this declaration is based on that review. If I am called as a witness, I could and would competently testify thereto.

3.     USCIS is the government agency that oversees lawful immigration to the United States.

4.     The BEST Portfolio receives and adjudicates the Form I-290B Notice of Appeal or Motion, as well as the Form I-129 Petition for a Nonimmigrant Worker. Petitioners may submit the Form I-290B to file a motion with USCIS and seek the reopening and reconsideration of USCIS's denial of their Form I-129 Petition for a Nonimmigrant Worker.

5. According to USCIS records and systems, USCIS granted the Form I-290B Notice of Appeal or Motion at issue in the present litigation (receipt number IOE0934863517), on March 19, 2026. Additionally, USCIS reopened the associated Form I-129 Petition for a Nonimmigrant Worker (receipt number IOE0933710835) on March 19, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of March, 2026, in Aliso Viejo, California.

JENNIE F DE VERA VERA
Digitally signed by JENNIE F DE VERA VERA
Date: 2026.03.23 15:22:49 -07'00'

By: Jennie De Vera

Section Chief

Business and Employment
Services Team

United States Citizenship and
Immigration Services