

| Receipt Number<br>IOE0936089367 | | Case Type<br>I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| Received Date<br>03/19/2026 | Priority Date<br>10/15/2024 | Petitioner<br>RANON INC | |
| Notice Date<br>06/01/2026 | Page<br>1 of 1 | Beneficiary ▓▓▓▓▓ 082<br>IANNUCCI PEREZ, ROBERT | |

| | |
|---|---|
| RANON INC<br>5109 N HOWARD AVENUE<br>TAMPA  FL  33603 | **Notice Type:** Approval Notice<br>**Section:** Professional, Sec.203(b)(3)(A)(ii)<br>**ETA Case Number:** G10024289407529<br>**SOC Code:** 11-9021 |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC).** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.
This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by using Public Inquiry Form at https://nvc.state.gov/inquiry.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVINGTX75038-0001
**USCIS Contact Center: www.uscis.gov/contactcenter**

