**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT IANNUCCI PEREZ,**

      **Plaintiff,**

**v.**                                                    **Case No. 8:26-cv-392-KKM-AAS**

**UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICES**
**et al.,**

      **Defendants.**
_____/

**<u>ORDER</u>**

Plaintiff Robert Iannucci Perez, proceeding pro se, moves to seal Exhibits 1 and 2 (Docs. 46-1, 46-2) to the Defendants' Response in Opposition to the Third Amended Motion for Preliminary Injunction (the Defendants' Response in Opposition). (Doc. 47). The Exhibits are currently available on the public docket. The motion is unopposed. (*Id.* at p. 4).

The public has a common-law right of access to judicial proceedings, which includes the right to inspect and copy public records and court documents. *See Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001). However, "[t]he common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information

1

confidential." *Romero v. Drummond Co., Inc.*, 480 F. 3d 1234, 1246 (11th Cir. 2007).

Exhibit 1 (Doc. 46-1) to the Defendants' Response in Opposition contains sensitive financial, business, and customer information that was submitted to the United States Citizenship and Immigration Services as part of Mr. Perez's immigration benefit requests. There is good cause to seal this private commercial and financial information. In contrast, Exhibit 2 (Doc. 46-2) does not contain any sensitive financial, business, or customer information. Mr. Perez has not demonstrated good cause to seal Exhibit 2.

Accordingly, Mr. Perez's unopposed motion to seal Exhibits 1 and 2 of the Defendants' Response in Opposition is **GRANTED in part**. The motion to seal is **GRANTED** as to Exhibit 1 and **DENIED** as to Exhibit 2. The Clerk is directed to seal Docket Entry 46-1. Absent a future order to the contrary, this document will remain under seal until ninety days after the case is closed and all appeals exhausted. *See* Local Rule 1.11, M.D. Fla.

**ORDERED** in Tampa, Florida on June 10, 2026.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2