# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

Robert Iannucci Perez

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);

DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);
in his or her official capacity;

DEPARTMENT OF HOMELAND SECURITY (DHS);

SECRETARY, DEPARTMENT OF HOMELAND SECURITY (DHS);
in his or her official capacity;

DIRECTOR, USCIS CALIFORNIA SERVICE CENTER (DHS),
in his or her official capacity;

Defendants.

Case No: 8:26-cv-392-KKM-AAS

# JOINT NOTICE STATING POSITIONS ON REQUEST FOR EVIDENTIARY HEARING OR ORAL ARGUMENT  ON (DOC. 41)

Pursuant to the Court's Order (Doc. 43), the parties jointly submit this Notice stating whether they request an evidentiary hearing or oral argument on Plaintiff's Third Amended Motion for Preliminary Injunction (Doc. 41).

**1**

The parties have conferred and provide the following response:

**Plaintiff:**

Plaintiff requests oral argument but does not request an evidentiary hearing. Plaintiff respectfully submits that oral argument would assist the Court in resolving the threshold issue of mootness raised in Defendants' response (Doc. 46) and addressing the impact of post-filing agency action on the pending Motion for Preliminary Injunction (Doc. 41) and the application.

**Defense per email correspondence on June 9, 2026:**

"I do not think we need oral arguments or an evidentiary hearing."

Respectfully submitted,

**/s/ Robert Iannucci Perez**
**Robert Iannucci Perez, Pro Se**
10920 N 29th St
Tampa, FL 33612
(754) 317-0643
robert@mazecs.net
Date: June 10, 2026

Agreed:


**GREGORY W. KEHOE**
United States Attorney

**By:    s/ John F. Rudy, III**
**JOHN F. RUDY, III**
Assistant United States Attorney
Florida Bar No. 0136700
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile:  (813) 274-6200
John.rudy@usdoj.gov
**Lead Attorney**




**Certificate of Service**

I hereby certify that on June 10, 2026, a true and correct copy of the foregoing
Joint Notice was served on counsel for Defendants via electronic mail pursuant to
Federal Rule of Civil Procedure 5(b)(2)(E).