# Exhibit 1:

# Delivery Confirmation of NOID Response

Note: Personal contact information and tracking identifiers

have been redacted.

**FedEx®**

June 24, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 873222921673

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | H.LOPEZ | Delivery Location: | 6046 N BELTLINE RD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | IRVING, TX, 75038 |
| | | Delivery date: | Jun 18, 2026 09:06 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 873222921673 | Ship Date: | Jun 17, 2026 |
| | | Weight: | 12.0 LB/5.45 KG |

**Recipient:**
USCIS TSC, Attn: NOID Response
6046 North Belt Line Road
Suite 108
IRVING, TX, US, 75038

**Shipper:**
Victor Badell, Badell Office LLC
3408 West 84th Street
HIALEAH, FL, US, 33018



Thank you for choosing FedEx