# Exhibit 2:

# Last Page of NOID

Note: Personal contact information and tracking identifiers

have been redacted.

You are afforded 30 days from the date of this notice to submit additional information, evidence or arguments to support the petition.  Additionally, when USCIS serves a notice by mail, three days are added to the prescribed period in which to respond. Any such evidence or arguments will be carefully reviewed prior to a final determination in this matter.  Failure to respond, however, will result in adjudication of the petition on the basis of the record, as it is now constituted, including the information referred to above.

**Your response must be received in this office by June 22, 2026.**

For more information, visit our website at **www.uscis.gov** or call us at  **1-800-375-5283**.

Telephone service for the hearing impaired: **1-800-767-1833**.

**PLACE THE ATTACHED COVERSHEET AND THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE.**

Sincerely,

Carrie M. Selby
Associate Director, Service Center Operations

*USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.*