# Exhibit 3:

# USCIS Customer Service Representative

# Confirming Hold as of 06/05/2026

Note: Personal contact information and tracking identifiers

have been redacted.

26

## Screen 1

**••• Deandra B**  ‹

Today • 3:22 PM

We're connecting you to an agent. Your estimated wait time is 1 minute. • 3:22 PM

 Deandra B joined • 3:22 PM

Thank you for contacting the USCIS Contact Center. My name is Deandra, and my agent ID is G-601995. I will be more than happy to help you.

**Hello, how are you doing today?**
Sent • 3:22 PM

Do you have an A number or Receipt number available? If you do, can I have it?
Deandra B • 3:22 PM

**Yes, here it is IOE09348863517**
Sent • 3:22 PM

Type your message…

  90°F Mostly sunny   ∧   3:22 PM 6/5/2026

## Screen 2

**••• Deandra B**  ‹

Can I have your first and last name, also your date of birth and your home mailing address on file?
Sent • 3:22 PM

Deandra B • 3:22 PM

(Maze Construction Services LLC DBA MCS) ; (Robert) (Iannucci Perez); ( ███ ); ( ███ FL 33612) ( ███ Tampa, FL 3363), ( ███ ██ @ ███ ), ( ███ ), ( ███ )

Thank you for that information. How can I help you today?
Deandra B • 3:23 PM

Sent • 3:23 PM

**Thank you.**
**I just wanted to confirm whether the underlying application (IOE09337108835) is still subject to the 39 country adjudicatory hold as of today 6/5/2026.**
Sent • 3:24 PM

Type your message…

   90°F Mostly sunny   ∧   3:24 PM 6/5/2026

Case 8.26-cv-00392-KRM-AAS   Document 51-3   Filed 06/25/26   Page 3 of 3 PageID 899

**⋮   Chat**   ⌄   ✕

Deandra B • 3:23 PM

Thank you.
I just wanted to confirm whether the underlying application (IOE0933710835) is still subject to the 39 country adjudicatory hold as of today 6/5/2026.

Sent • 3:24 PM

Yes your country of birth is is listed on the restricts of country. Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account. "Thank you for contacting USCIS Contact Center. Please, enjoy the rest of your day!

Deandra B • 3:26 PM

This session has been closed and will automatically end in 2 minutes

Deandra B left • 3:26 PM

↓

Start a new chat...

 90°F  Mostly sunny    ∧        3:26 PM
6/5/2026