# Exhibit 4:

# NOID First Page

Note: Personal contact information and tracking identifiers

have been redacted.

May 19, 2026

**U.S. Department of Homeland Security**

U.S. Citizenship and Immigration Services

California Service Center

2642 MICHELLE DRIVE

TUSTIN, CA 92780

MAZE CONSTRUCTION SERVICES LLC - DBA
MCS
c/o VICTOR BADELL
BADELL OFFICES LLC
3408 W 84TH STREET
HIALEAH, FL 33018

 

IOE0933710835

Form I-129, Petition for a Nonimmigrant Worker

### NOTICE OF INTENT TO DENY

You, ROBERT IANNUCCI PEREZ , filed Form I-129, Petition for a Nonimmigrant Worker with U.S. Citizenship and Immigration Services (USCIS), seeking E-2 nonimmigrant classification under section 101(a)(15)(E)(ii) of the Immigration and Nationality Act (INA) and section 214.2(e) of the Title 8, Code of Federal Regulations (8 CFR) through your investment intoMAZE CONSTRUCTION SERVICES LLC - DBA MCS .  You are applying to qualify yourself as a treaty investor.

You have indicated on the Form I-129 that you invested in MAZE CONSTRUCTION SERVICES LLC - DBA MCS and are applying to qualify yourself as a treaty investor. MAZE CONSTRUCTION SERVICES LLC - DBA MCS is a TAMPA , FL , enterprise engaged in general contracting and construction consulting services with zero employees and a gross annual income of $45,635.00.

Based upon a review of the initial record of evidence for eligibility, USCIS could not determine whether you had established eligibility for the benefit sought. Accordingly, USCIS issued a Request for Evidence (RFE) on October 08, 2025. On October 27, 2025, you submitted a response. On November 17, 2025, USCIS denied the petition. On March 19, 2026, USCIS reopened the denial of the petition on its own motion to address legal issues that will be detailed further below.

USCIS has reviewed the initial record of evidence in accordance with the INA and 8 CFR and determined that the evidence presented does not establish eligibility for E-2 classification. Accordingly, USCIS intends to deny the petition.



*USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.*