# Exhibit 5:

# FOIA Information on I-290B

Note: Personal contact information and tracking identifiers

have been redacted.

Receipt Number: CVE003525521    Action Code: None    Form Type: I-290B

# Render Case Decision

## Information About this Petition

Information About Appeal or Motion:                Motion to reopen and reconsider with evidence
                                                   attached


Case Decision: Grant Motion to Reconsider and Reopen

Decision Date:                                     03/19/2026

## Decision Notes

No notes found for this decision.